

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

In the Interest of M.M., a Child

No. 06-23-00010-CV

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. 2021-06-210). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's judgment terminating Mother's parental rights to M.M.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 14, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk